IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT AT
ROANOKE, VA
FILED
10/21/2026
LAURA A. AUSTIN, CLERK
BY: s/C. Kemp
DEPUTY CLERK

ALEXANDER SIMS, JR., )
)
Plaintiff, ) Case Nos. 7:25-cv-00347 &
) 7:25-cv-00348
)
v. ) **MEMORANDUM OPINION**
)
OFFICER BERGER, *et al.*, ) By: Hon. Thomas T. Cullen
) United States District Judge
Defendants. )

---

Plaintiff Alexander Sims brought these consolidated suits against seven law enforcement officers and a nurse ("Defendants") with whom he interacted during an overnight stay at the Danville City Jail on June 11–12, 2023. (*See Sims, Jr. v. Berger, et al.*, 7:25-cv-00347, [ECF No. 17] ("*Berger* Am. Compl."); *Sims, Jr. v. Skrocki, et al.*, 7:25-cv-00348, [ECF No. 17] ("*Skrocki* Am. Compl.").) Mr. Sims alleged counts of excessive force and deliberate indifference—including on supervisory and bystander liability theories—in violation of his Fourteenth Amendment rights. (*Berger* Am. Compl. at 8–9; *Skrocki* Am. Compl. at 7–8.) The matter was tried to a jury on October 6–7, 2026. Consistent with the jury's unanimous verdict (*see* ECF No. 87), the court entered judgment in favor of Defendants on all of Mr. Sims's claims. (ECF No. 89.) Mr. Sims now moves the court to disturb that judgment and grant him a new trial. (ECF No. 90.) For the following reasons, the court will deny Mr. Sims's motion.

## I. LEGAL STANDARD

Under Federal Rule of Civil Procedure 59(a), a court may, after a jury trial, grant a motion for a new trial on all or some of the issues "for any reason for which a new trial has

heretofore been granted in an action at law in federal court." Fed. R. Civ. P. 59(a)(1). The Fourth Circuit has interpreted this Rule to mean that "[a] district court may grant a new trial only if the verdict: (1) is against the clear weight of the evidence; (2) is based upon false evidence; or (3) will result in a miscarriage of justice." *U.S. Equal Emp. Opportunity Comm'n v. Consol. Energy, Inc.*, 860 F.3d 131, 145 (4th Cir. 2017). "The decision to grant or deny a new trial is within the sound discretion of the district court, and [the Fourth Circuit] respect[s] that determination absent an abuse of discretion." *Cline v. Wal-Mart Stores, Inc.*, 144 F.3d 294, 301 (4th Cir. 1998).

## II. ANALYSIS

Mr. Sims grounds his motion in two arguments: (1) that the jury's verdict is "flatly contradicted by admitted video evidence and physical records"; and (2) that "the jury erred by crediting defense testimony over sworn interrogatory answers and objective records." (ECF No. 90 at 3–4.) The court finds neither argument persuasive.

The jury in this case was presented with video evidence, physical records, and testimony to help it answer the question of whether Defendants violated Mr. Sims's constitutional rights. After hearing and viewing conflicting evidence, the jury resolved the case in favor of Defendants. That conclusion was reasonable in light of substantial evidence admitted at trial that tended to support Defendants' position, including testimony by Defendants and the video footage itself. While Mr. Sims may believe that the jury "failed to properly weigh" the evidence admitted at trial (ECF No. 90 at 3), the fact remains that the parties admitted sufficient evidence to support a jury verdict in Defendants' favor.

Accordingly, the court cannot say that the jury's decision was against the weight of the evidence, based on information that is false, or a miscarriage of justice. Out of "practical and theoretical respect for the fact-finding and truth-seeking functions of the civil jury," the court will deny the motion for a new trial. *Wall v. McCowan*, No. 7:23-cv-00331, 2026 WL 2720410, at *2 (W.D. Va. Sep. 14, 2026) (citing *Ledford v. Gibson*, 648 F. Supp. 326, 328 (M.D.N.C. 1986)).

## III. Conclusion

For the reasons explained above, the court will deny the motion for a new trial.

The clerk is directed to forward a copy of this Memorandum Opinion and accompanying Order to the parties.

**ENTERED** this 21st day of October, 2026.

*/s/Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE